FILED
CLERK, U.S. DISTRICT COURT
March 10, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Orlando Garcia**

    Plaintiff,

  v.

**Reginald Lowe**, in individual and representative capacity as Trustee of the Reginald Lowe Living Trust dated October 15, 2014;
**Theresa Lowe**, in individual and representative capacity as Trustee of the Reginald Lowe Living Trust dated October 15, 2014;
**Reggie's Enterprises, Inc.**, a California Corporation

    Defendants.

Case: 2:20-cv-10335-SB-MRW

Judgment

Pursuant to Federal Rule of Procedure 68(a), Judgment is entered in favor of plaintiff Orlando Garcia and against Reginald Lowe, Theresa Lowe, and Reggie's Enterprises, Inc., a California Corporation in the sum of $8,002, plus all court costs.

To resolve Plaintiff's ADA claims, defendants shall make the following changes or modifications, in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design at the property located at or about 4426 S Figueroa St, Los Angeles, California:

1. Provide "wheelchair accessible sales counters" in conformance with ADA Standards

2. Provide "wheelchair accessible paths of travel" and "wheelchair accessible parking" in conformance with ADA Standards

Dated: March 10, 2021    By: 

Hon. STANLEY BLUMENFELD, JR
United States District Judge